UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| CECIL COHN, Plaintiff v. NANCY A. BERRYHILL, Acting Commissioner of Social Security, Defendant. | Case No. 2:16-cv-07352-GJS  **JUDGMENT** |
|---|---|

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is AFFIRMED and this action is DISMISSED WITH PREJUDICE.

DATED: October 20, 2017

_____
GAIL J. STANDISH
UNITED STATES MAGISTRATE JUDGE